STANFIELD v. TILGHMAN

No. 16PA95

Case below: 117 N.C.App. 292

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 9 February 1995.

STATE v. ANTOINE

No. 32P95

Case below: 934SC1320 3 January 1995

Petition by Attorney General for temporary stay allowed 20 January 1995.

STATE v. BARNES

No. 543P94

Case below: 112 N.C.App. 853

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 February 1995.

STATE v. BROWN

No. 597A94

Case below: 9314SC1087 20 December 94

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 9 February 1995. Motion by defendant to dismiss appeal allowed 9 February 1995.

STATE v. CHAMBERS

No. 21P95

Case below: 9318SC747 20 December 94

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 February 1995.